# Joseph & Kirschenbaum LLP

Attorneys at Law

Charles Joseph
D. Maimon Kirschenbaum
Denise Schulman
Josef Nussbaum
Lucas Buzzard
Leah Seliger
Michael DiGiulio

32 Broadway, Suite 601
New York, NY 10004
Tel: 212-688-5640
Fax: 212-688-2548
www.jk-llp.com

March 30, 2023

The Honorable Judge Vera M. Scanlon, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    **RE:** ***Fitzpatrick v. Boston Market Corporation,***
       **Civil Action No. 1:21-cv-05868-ENV-VMS**

Dear Judge Scanlon,

  We represent Plaintiff in the above-referenced matter. We write, on behalf of Plaintiff and Defendant and in accordance with the Court's September 22, 2022 Order, to respectfully certify that discovery in this matter is closed.

  The Parties are considering the next steps in this case and will comply with all post-discovery deadlines, including the dates by which any premotion letters and the joint pretrial order are due.

  We thank the Court for its attention to this matter.

          Respectfully submitted,

          **JOSEPH & KIRSCHENBAUM LLP**

           /s/ *Josef Nussbaum*

          Josef Nussbaum
          32 Broadway, Suite 601
          New York, NY 10004
          (212) 688-5640

cc: All Counsel of Record (via ECF)