# JOSEPH & KIRSCHENBAUM LLP

Attorneys at Law

| | |
|---|---|
| Charles Joseph | 32 Broadway, Suite 601 |
| D. Maimon Kirschenbaum | New York, NY 10004 |
| Denise Schulman | Phone 212) 688-5640 |
| Josef Nussbaum | Fax (212) 688-2548 |
| Lucas Buzzard | www.jk-llp.com |

May 31, 2023

**VIA ECF**

The Honorable Judge Eric N. Vitaliano
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   RE: *Fitzpatrick v. Boston Market Corporation,*
      Civil Action No. 1:21-cv-05868-ENV-VMS

Dear Judge Vitaliano,

 We represent Plaintiff in the above-referenced matter. We write, on behalf of Plaintiff and Defendant, to respectfully request a short adjournment of the time for the parties' Joint Proposed Pretrial Order to be filed, from May 31, 2023 to June 16, 2023. While the Parties have been working together to finalize the proposed order, we require additional time to finalize some items in the proposed order for it to be ready for filing. This is the parties' first request for an adjournment of the date for this filing and all parties consent to the request.

 We apologize for our delay in getting the Court this report and thank Your Honor for your attention to this matter.

              Respectfully submitted,

              **JOSEPH & KIRSCHENBAUM LLP**

               s/ *Josef Nussbaum*

              Josef Nussbaum
              32 Broadway, Suite 601
              New York, NY 10004
              (212) 688-5640

cc: All Counsel of Record (via ECF)