

600 Third Avenue, 22nd Floor | New York, NY 10016-1915 | bsk.com

**GREGORY B. REILLY, ESQ.**
greilly@bsk.com
P: 646.253.2330
F: 646.253.2370

August 18, 2023

**VIA CERTIFIED MAIL RETURN RECEIPT REQUESTED**
**UPS OVERNIGHT MAIL**

Mr. Jignesh Pandya
Rohan Group of Companies
14103 Denver West Parkway
Golden, Colorado 80401

      Re:    *Fitzpatrick v. Boston Market Corporation.*
               Civil Action No. 1:21-cv-05868

Dear Mr. Pandya:

Enclosed please find a copy of an Order of the Hon. Magistrate Judge Vera M. Scanlon dated August 17, 2023 which sets a hearing as follows:

    Date:         September 12, 2023 at 2:30 PM

    Location:    United States District Court for the New York Eastern District
                     225 Cadman Plaza East, 1214 South
                     Brooklyn, NY  11201
                     Courtroom:  13A—South Wing

                                        Very truly yours,

                                        BOND, SCHOENECK & KING, PLLC

                                        Gregory B. Reilly

Enclosure

cc:     All Counsel of Record (via ECF)

From: ecf_bounces@nyed.uscourts.gov <ecf_bounces@nyed.uscourts.gov>
Sent: Thursday, August 17, 2023 11:41 AM
To: nobody@nyed.uscourts.gov
Subject: Activity in Case 1:21-cv-05868-ENV-VMS Fitzpatrick v. Boston Market Corporation Scheduling Order

**External Email:** Use caution before clicking links or opening attachments.

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Eastern District of New York

## Notice of Electronic Filing

The following transaction was entered on 8/17/2023 at 11:41 AM EDT and filed on 8/17/2023

**Case Name:** Fitzpatrick v. Boston Market Corporation
**Case Number:** 1:21-cv-05868-ENV-VMS
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**ORDER. A hearing on the motion at [27] is set for 9/12/2023 at 2:30 PM in person in Courtroom 13A South before Magistrate Judge Vera M. Scanlon. All counsel and an appropriate representative of Defendant must appear. Defendant's counsel must serve a copy of this**

1

**Order on Defendant at its last-known mailing address and also provide the date, time, and location of the hearing to an appropriate representative of Defendant. On or before 8/24/2023, Defendant's counsel must file proof of compliance with this Order, including the address at which Defendant was served with this Order and the name and contact information of the representative of Defendant to whom the hearing information was provided. Ordered by Magistrate Judge Vera M. Scanlon on 8/17/2023. (JR)**

**1:21-cv-05868-ENV-VMS Notice has been electronically mailed to:**

Gregory Bertram Reilly    greilly@bsk.com, ddicola@bsk.com, grafmax17@gmail.com

Daniel Maimon Kirschenbaum    maimon@jhllp.com

Josef Nussbaum    jnussbaum@jhllp.com

Mallory Campbell    mcampbell@bsk.com, jbaptiste@bsk.com

**1:21-cv-05868-ENV-VMS Notice will not be electronically mailed to:**

# CERTIFICATE OF SERVICE

      I hereby certify that on August 18, 2023, I caused the foregoing letter and the August 17, 2023 Order of the Honorable Magistrate Judge Vera M. Scanlon in the matter of *Fitzpatrick v. Boston Market Corporation*; Docket No. 1:21-cv-05868 to be served on the following persons on this date by USPS Certified Mail Return Receipt Requested and by UPS Overnight Mail:

Mr. Jignesh Pandya  
Rohan Group of Companies  
14103 Denver West Parkway  
Golden, Colorado 80401

                                                /s/ Gregory B. Reilly  
                                                Gregory B. Reilly