

600 Third Avenue, 22nd Floor | New York, NY 10016-1915 | **bsk.com**
GREGORY B. REILLY
greilly@bsk.com
P: 646.253.2330
F: 646.253.2301

September 8, 2023

**VIA UPS, U.S. MAIL AND EMAIL (jaypandya@rohangroup.net)**

Mr. Jignesh Pandya
Chairman – Boston Market Corporation
c/o Rohan Group of Companies
14103 Denver West Parkway
Golden, Colorado 80401

Re: *Fitzpatrick v. Boston Market Corporation.*
Civil Action No. 1:21-cv-05868

Dear Jay:

As per my earlier voicemail today, enclosed please find a copy of an Order of the Hon. Magistrate Judge Vera M. Scanlon that sets a court hearing on my firm's pending motion to be relieved as counsel:

| | |
|---|---|
| Date: | September 19, 2023 at 2:30 PM |
| Location: | United States District Court for the New York Eastern District |
| | 225 Cadman Plaza East, 1214 South |
| | Brooklyn, NY 11201 |
| | Courtroom: 13ASouth Wing |

Please note that the Court's order requires an appropriate representative of Boston Market Corporation to appear at the September 19th hearing. Please call me if you have any questions.

Respectfully Submitted,

BOND, SCHOENECK & KING, PLLC

Gregory B. Reilly, Esq.

Enclosure

cc: Josef Nussbaum, Esq. (Counsel for Plaintiff)

**From:** ecf_bounces@nyed.uscourts.gov <ecf_bounces@nyed.uscourts.gov>
**Sent:** Tuesday, September 05, 2023 12:23 PM
**To:** nobody@nyed.uscourts.gov
**Subject:** Activity in Case 1:21-cv-05868-ENV-VMS Fitzpatrick v. Boston Market Corporation Order on Motion to Adjourn Conference

**External Email:** Use caution before clicking links or opening attachments.

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Eastern District of New York

## Notice of Electronic Filing

The following transaction was entered on 9/5/2023 at 12:22 PM EDT and filed on 9/5/2023
**Case Name:**      Fitzpatrick v. Boston Market Corporation
**Case Number:**    1:21-cv-05868-ENV-VMS
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**ORDER: The parties' separate requests at [32] and [33] to adjourn the 9/12/2023 Motion Hearing are granted. The in-person 9/12/2023 Motion Hearing is rescheduled to 9/14/2023 at 2:30 PM in Courtroom 13A South before Magistrate Judge Vera M. Scanlon. All counsel and an appropriate representative of Defendant must appear.**

**Defendant's counsel must serve a copy of this Order on Defendant at its last-known mailing address and also provide the date, time, and location of the hearing to an appropriate representative of Defendant. On or before 9/8/2023, Defendant's counsel must file proof of compliance with this Order, including the address at which Defendant was served with this Order and the name and contact information of the representative of Defendant to whom the hearing information was provided. Ordered by Magistrate Judge Vera M. Scanlon on 9/5/2023. (MG)**

1:21-cv-05868-ENV-VMS Notice has been electronically mailed to:

Gregory Bertram Reilly     greilly@bsk.com, ddicola@bsk.com, grafmax17@gmail.com

Daniel Maimon Kirschenbaum     maimon@jhllp.com

Josef Nussbaum     jnussbaum@jhllp.com

Mallory Campbell     mcampbell@bsk.com, jbaptiste@bsk.com

**1:21-cv-05868-ENV-VMS Notice will not be electronically mailed to:**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 8, 2023, I caused the foregoing letter and the September 5, 2023 Order of the Honorable Magistrate Judge Vera M. Scanlon in the matter of *Fitzpatrick v. Boston Market Corporation;* Docket No. 1:21-cv-05868 to be served on the following persons on this date by email to **jaypandya@rohangroup.net** and also by U.S. Mail (regular delivery) and also by UPS Overnight Mail to:

Mr. Jignesh Pandya
Chairman – Boston Market Corporation
c/o Rohan Group of Companies
14103 Denver West Parkway
Golden, Colorado 80401


Gregory B. Reilly